**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bacari McCARTHREN, Defendant–Appellant.**

**No. 13–13523 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 26, 2014.

Peter Decklin Leary, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Rick D. Collum, The Collum Law Firm, PC, Moultrie, GA, for Defendant–Appellant.

Bacari McCarthren, Pine Knot, KY pro se.

Before MARTIN, HILL and FAY, Circuit Judges.

PER CURIAM:

Rick Collum, appointed counsel for Bacari McCarthren, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and McCarthren's conviction and sentence are **AFFIRMED**.